# STATEMENT OF DEFAULT

Debtor(s): Richard T. McGinnis       Case No. 20 B 03230   Chapter 13

Moving Creditor: Home Point Financial       Date Case Filed: 2/5/2020

Nature of Relief Sought:   ☒ Lift Stay   ☐ Annul Stay   ☐ Other (describe)_____

Chapter 13:   Date of Confirmation Hearing _____ or Date Plan Confirmed 9/1/2020

1. Collateral

    a. ☒ Home
    b. ☐ Car
    c. ☐ Other (describe)_____

2. Balance Owed as of Petition Date $172,354.14
   Total of all other Liens against Collateral $0

2. In Chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition:
   _____

3. Estimated Value of Collateral (*must* be supplied in *all* cases) $108,860.00

4. Default

    a. ☐ Pre-Petition Default
       Number of months _____   Amount $_____

    b. ☒ Post-Petition Default
       i. ☐ On direct payments to the moving creditor
             Number of months    8       Amount $7,965.50
       ii. ☐ On payments to the Standing Chapter 13 Trustee
             Number of months _____   Amount $_____

5. Other Allegations

    a. ☒ Lack of Adequate Protection §362(d)(1) _____
       i. ☐ No insurance
       ii. ☐ Taxes unpaid   Amount $_____
       iii. ☐ Rapidly depreciating asset _____
       iv. ☐ Other _____
    b. ☒ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)
    c. ☐ Other "Cause" § 362(d)(1)
       i. ☐ Bad Faith (describe)_____
       ii. ☐ Multiple filings
       iii. ☐ Other (describe)_____
    d. Debtor's Statement of Intention regarding the Collateral
       i. ☐ Reaffirm      ii. ☐ Redeem
       iii. ☐ Surrender   iv. ☐ No Statement of Intentions Filed

Date: December 31, 2020                               /s/ Kathryn A. Klein
                                                      Attorney for Secured Creditor