## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 20-03230 |
| | ) | Honorable Judge Carol A. Doyle |
| Richard T. McGinnis, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF DEFAULT**

TO: <u>Debtor</u>:
    Richard T. McGinnis
    9834 S. Dobson Avenue
    Chicago, IL 60628

<u>Counsel for Debtor</u>:
    David M Siegel
    David M. Siegel & Associates
    790 Chaddick Drive
    Wheeling, IL 60090

VIA E-MAIL AND CERTIFIED U.S. MAIL

Re: Notice of Default for Richard T. McGinnis; Case No: 20-03230

Our office represents Freedom Mortgage Corporation ("Secured Creditor"), the servicer of a mortgage on your property located at 9834 S Dobson Avenue, Chicago, IL 60628. This as a Notice of Default under the terms of the Agreed Order, entered on January 19, 2021, Docket Entry #68, in Settlement of Motion to Modify Stay filed by Secured Creditor.

The breakdown of the default is as follows:

| | | |
|---|---|---|
| Two (2) Regular Payments @ $996.56 each | 04/01/21 - 05/01/21 | $1,993.12 |
| Four (4) Regular Payments @ $1,019.96 each | 06/01/21 – 09/01/21 | $4,079.84 |
| Five (5) Stipulation Payments @ $1,083.36 each | 03/15/21 – 07/15/21 | $5,416.80 |
| Less suspense balance | | (-$6.52) |

**Total Amount Due to Cure Default:** <u>**$11,483.24**</u>

The address where payments should be sent is:

Freedom Mortgage Corporation, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037

Pursuant to the Agreed Order, if the default is not cured by payment to Secured Creditor within 14 days of the date of mailing of this Notice of Default, Secured Creditor shall have the right to file an order indicating that the automatic stay is terminated.

Please notify the undersigned once the payment has been sent and provide proof of the payment.

Sincerely,

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
/s/ Samantha C. San Jose
Samantha C. San Jose #6319469
Attorney for Secured Creditor
200 West Madison Street, Suite 2100
Chicago, IL 60606
(470) 321-7112
ssanjose@raslg.com

<h1 style="text-align:center"><u>CERTIFICATE OF SERVICE</u></h1>

       I certify that a copy of the foregoing document was served on the following parties via electronic means for those available and otherwise by postage prepaid, in the United States Mail, by first-class mail to the following on September 30, 2021:

| | |
|---|---|
| Richard T. McGinnis<br>9834 S. Dobson Avenue<br>Chicago, IL 60628 | Debtor |
| David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090 | Attorney for Debtor |
| M.O. Marshall<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603 | Chapter 13 Trustee |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604 | US Trustee |

                                                  **/s/ Feven Alemu**